IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. DAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. 05-0398 ) Chief Judge Ambrose |
| PENNSYLVANIAN BOARD OF and PAROLE, et al., | ) Magistrate Judge Caiazza ) ) ) |
| Defendants. | ) |

### ORDER

A rule was issued upon the Plaintiff to show good cause why this case should not be dismissed because more than four months have elapsed after the instant complaint was filed and service has not been effectuated upon the Defendants. The rule was returnable September 6, 2005. Having failed to show good cause, IT IS HEREBY ORDERED that this case is dismissed and the Clerk is directed to mark this case closed.

IT IS SO ORDERED, this 7th day of September, 2005.

Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
Charles W. Dailey
154 West Pike Street
Canonsburg, PA 15317